# Exhibit "A"

# Affidavit / Return of Service

| | | | |
|---|---|---|---|
| **Plaintiff:** | RIKKENDO BEARD | **Court Term & No.:** | 250102477 |
| | | | E-File# 2501055710 |
| **Defendant:** | AJEENERA ABEL<br>CITY OF PHILADELPHIA<br>ORVILLE FORD<br>AISHA RYANS | **Document Served:** | Plaintiff's Writ of Summons |
| **Serve at:** | C/O LAW DEPARTMENT 1515 ARCH STREET | **Company Reference/Control No.:** | |

Served and Made Known to AISHA RYANS, AJEENERA ABEL, CITY OF PHILADELPHIA AND ORVILLE... on 01/24/2025 at 09:34 AM, in the manner described below:

Agent or person in charge of Party's office or usual place of business. NAME: M. COLON (LEGAL INTAKE)

| **Description** | **Age:** | **Height:** | **Weight:** | **Race:** | **Sex:** |
|---|---|---|---|---|---|
| | **Other:** | | | | |

| **Company Profile:** | **Name of Server:** MICHAEL H DOYLE |
|---|---|
| MICHAEL DOYLE<br>1315 WALNUT ST.<br>PHILADELPHIA PA 19107<br>PHONE: (215)545-7655 | Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief. |
| | **Deputy Sheriff:** |

**FILED AND ATTESTED PRO-PROTHY 25 JAN 2025 08:44 AM**