# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEO HOLLIS, | : |
|       Plaintiff, | : |
| | : |
| v. | :   Civ. No. 23-895 |
| | : |
| THE CITY OF PHILADELPHIA, *et al.*, | : |
|       Defendants. | : |

## O R D E R

Leo Hollis brings § 1983 claims against the City of Philadelphia, Commissioner Blanche Carney, Warden Nancy Gianetto, Correctional Officer Robinson, Correctional Officer Orville Ford, Correctional Officer Jason Grundy, and Sergeant Aisha Ryans alleging excessive force against a pretrial detainee, failure to intervene, conspiracy, and a *Monell* claim. (Compl. (Doc. No. 1).) Hollis also charges Sergeant Ryans and the Correction Officers with assault and battery under Pennsylvania common law. (Id. ¶¶ 46–49.) On January 23, 2024, the Parties stipulated to dismiss all claims against Nancy Giannetta. (Doc. Nos. 26, 28.) The City, Commissioner Carney, and Sergeant Ryans now move for summary judgment as to Count III, the *Monell* claim. (Doc. No. 27.) Officer Ford also moves for summary judgment on all Counts. (Id.) Hollis does not oppose Defendants' Motion. (Doc. No. 31.) Because my review of the record confirms that summary judgment is warranted, I will grant Defendants' Motion.

\*        \*        \*

**AND NOW**, this 14th day of February, 2024, upon consideration of Defendants' Motion for Partial Summary Judgment (Doc. No. 27) and Plaintiff's Response (Doc. No. 31), it is hereby **ORDERED:**

1. Defendants' Motion (Doc. No. 27) is **GRANTED**.

2. Judgment is entered in favor of Defendants, the City of Philadelphia, Ford, Commissioner Carney, as to all claims.

3. Judgment is granted in favor of Sergeant Aisha Ryans, as to Count III.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.